No. 12–5304. OLIVELLA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5305. METHVIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5307. PROCTOR v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–5308. GODFREY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 12–5310. LACHIRA v. SUTTON LAND LLC ET AL. App. Ct. Conn. Certiorari denied.

No. 12–5311. LEBLANC v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5312. FLORES-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5313. SAA v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5314. SANGALAZA v. WELLS FARGO NATIONAL BANK. C. A. 1st Cir. Certiorari denied.

No. 12–5315. ROJAS-VEGA v. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5316. SILVIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5317. PORTER, AKA OWUSU v. HEYNS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5320. EVANS v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5321. ETOTY, AKA LOWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.